**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Samantha Rachelle Branham and Sergio Byrd,
Defendants,

Of whom Sergio Byrd is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-000532

_____

Appeal From Greenville County
W. Marsh Robertson, Family Court Judge

_____

Unpublished Opinion No. 2024-UP-079
Submitted March 13, 2024 – Filed March 15, 2024

_____

**AFFIRMED**

_____

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of
Greenville, as the Guardian ad Litem for Appellant.

Rebecca Rush Wray, of South Carolina Department of South Carolina, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem for the Children.

---

**PER CURIAM:**  Sergio Byrd appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Byrd's counsel.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.